# Erswell v. Hirsch Dry Goods & Millinery Co.

APPEAL from Birmingham City Court,

Tried before the Hon. W. W. WILKERSON.

LANE & WHITE, for appellant.

MOUNTJOY & TOMLINSON, contra.

This was a suit brought against the appellant by the the appellee on an account. There was judgment for the plaintiff. Judgment affirmed.

Opinion by MCCLELLAN, J.

---

# Wilks v. James.

APPEAL from Fayette Chancery Court.

Heard before the Hon. W. H. TAYLOE.

GEORGE H. CRAIG and JONES & MAYFIELD, for appellants.

APPLING, MCGUIRE, & COLLIER, contra.

The bill in this case was filed by the appellee against the appellants, for the purpose of having certain lands described in the bill partitioned and divided. The appeal is from a decree overruling a motion to dismiss the bill and overruling the demurrers. Decree affirmed.

Opinion by HARALSON, J.